IRVING L. ERNST, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 25586.   Promulgated January 27, 1930.

*Alex M. Hamburg, Esq.*, for the petitioner.
*T. M. Mather, Esq.*, for the respondent.

**OPINION.**

LANSDON: The evidence fails to support the contention of the petitioner. At the close of each of the years for which bad debt deductions are claimed the company had assets of such substantial value that it is impossible to find that its obligations were worthless in the hands of the holder thereof. The deficiencies determined by the Commissioner are approved. *T. C. Power & Brother*, 6 B. T. A. 835.

*Decision will be entered for the respondent.*